

**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
## (Baltimore)

| | | |
|---|---|---|
| **In Re:** | * | |
| **HAROLD Y. BORDEN, JR.** | * | Case No. 15-15038-JS |
| **Debtor.** | * | **(Chapter 7)** |
| * * * * * * * | * * * * | |
| **ACQUIRED CAPITAL II, LP** | * | |
| Movant, | * | |
| v. | | **Motion for Relief from Stay** |
| | * | |
| **HAROLD Y. BORDEN, JR.** | * | |
| Respondent. | * | |
| * * * * * * * | * * * * | |

### ORDER GRANTING ACQUIRED CAPITAL II, LP'S
### <u>MOTION FOR RELIEF FROM AUTOMATIC STAY</u>
### (5430 Belair Road, Baltimore MD 21206)

UPON CONSIDERATION of Acquired Capital II, LP's ("Acquired Capital") Motion for Relief from Automatic Stay (the "Motion") and there being no further objection thereto and for cause shown, it is hereby ORDERED, that

1. Acquired Capital's Motion is GRANTED;

2. The automatic stay is hereby modified to permit Acquired Capital to exercise any and all of its rights and remedies under state law and the Note, Guaranty and IDOT to

proceed with the Foreclosure Proceedings or to take such other actions to enforce its security interest against the real property identified as **5430 Belair Road, Baltimore MD 21206.**

COPIES TO:

Adam M. Spence, Esq., Creditor's Counsel
Nicholas J. DelPizzo, III Debtor's Counsel
Brian Goldman, Chapter 7 Trustee
Office of the United States Trustee

**END OF ORDER**